**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CHRISTIAN DIOR COUTURE, S.A.,

      Plaintiff,

v.

VIPBAGSCLUB.COM, et al.,

      Defendants.

Case No. 19-cv-05007

**Judge Charles P. Kocoras**

**Magistrate Judge Gabriel A. Fuentes**

**Declaration of Justin R. Gaudio**

## DECLARATION OF JUSTIN R. GAUDIO

I, Justin R. Gaudio, of the City of Chicago, in the State of Illinois, declare as follows:

1.  I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Christian Dior Couture, S.A. ("Plaintiff" or "Dior"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.  According to a January 2017 Women's Wear Daily (WWD) article, in the 2016 fiscal year, U.S. government seizures of counterfeit fashion items totaled $1.38 billion based on the manufacturer's suggested retail price (MSRP). China and Hong Kong remained the primary sources of counterfeit and pirated goods seized, accounting for a total estimated MSRP of more than $1.2 billion, or 88 percent of the estimated MSRP value of all seizures. To reach global consumers, counterfeiters advertise, offer for sale and/or sell their products via social media platforms and popular e-commerce sites, and utilize seasonal storefronts to exploit consumers. A true and correct copy of this article is attached hereto as **Exhibit 1**.

3.  According to a report released by the U.S. Chamber of Commerce Global Intellectual Property Center (GIPC) titled *Measuring the Magnitude of Global Counterfeiting*, at least 86 percent of all global counterfeit products originate in Chinese and Hong Kong markets. A true and correct copy of an article released by GIPC summarizing the report is attached hereto as **Exhibit 2**.

4.  A February 2017 report commissioned by Business Action to Stop Counterfeiting and Piracy (BASCAP) and the International Trademark Association (INTA) entitled *The Economic Impacts of Counterfeiting and Piracy* included findings that counterfeit and pirated products

account for an estimated $850 billion in economic losses, resulting in tens of thousands of lost jobs for legitimate businesses and broader economic losses, including lost tax revenue, of more than $125 billion every year.  This figure is expected to increase each year.  A true and correct copy of this report is attached hereto as **Exhibit 3**.

5. In my experience in combating online counterfeiting over the last ten years, I have observed counterfeiters using a variety of tactics to evade enforcement efforts.  Specifically, counterfeiters like Defendants in the present case will often register new domain names or online marketplace accounts under new aliases once they receive notice of a lawsuit.

6. In my experience, once notice of a lawsuit is received, counterfeiters such as Defendants move funds from their financial accounts to offshore bank accounts outside the jurisdiction of this Court.  Financial account transaction logs that I have reviewed in previous similar cases indicate that counterfeiters transfer and/or attempt to transfer funds to offshore bank accounts outside the jurisdiction of this Court once they have received notice of a lawsuit.

7. For these reasons, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions subject to this Court's jurisdiction to offshore accounts.

8. **Exhibit 4** attached hereto is a true and correct copy of the unpublished decisions cited in Dior's Memorandum in Support of the Motion for a Temporary Restraining Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 29th day of July 2019 at Chicago, Illinois.

/s/ Justin R. Gaudio/
Justin R. Gaudio
Counsel for Christian Dior Couture, S.A.

3